JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILK & HONEY APPAREL, INC., a California Corporation dba DIVISION E,<br><br>PLAINTIFF,<br><br>v.<br><br>FLYP SPORTSWEAR, INC., a New York Corporation dba ROUTE 66 and ROUTE 66 PREMIUM DENIM; KMART CORPORATION, a Delaware Corporation dba KMART; H.N.W. INDUSTRY, INC., a New York Corporation; QING SHENG GU, an individual; BLUE APPAREL, INC., a New York Corporation; HUI YUAN LIU, an individual; and DOES 1-10, inclusive,<br><br>DEFENDANTS. | CASE NO.: CV13-01869 GAF (MRWx)<br><br>Hon. Gary A. Feess<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION** |

**ORDER ON STIPULATION FOR DISMISSAL OF ACTION**

1  Upon review of the Stipulation for Dismissal of Action and finding the relief
2  requested appropriate,
3  IT IS ORDERED that the above-referenced action is dismissed in its entirety
4  as to all defendants with prejudice, and that this court shall retain jurisdiction over
5  any disputes relating to the settlement agreement reached in this matter.
6  Each party is to bear its own costs and attorneys' fees incurred in this
7  Action.

**IT IS SO ORDERED:**

Dated:  September 2, 2104

_____
HON. GARY A. FEESS
United States District Court Judge

JS-6

MILORD & ASSOCIATES, P.C.
2049 Century Park East, Suite 3850
Los Angeles, CA 90067
(310) 226-7878

-2-

**ORDER ON STIPULATION FOR DISMISSAL OF ACTION**